**SULAIMAN LAW GROUP, LTD.**
Alexander J. Taylor, Esq. (Cal. Bar No. 332334)
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (331) 307-7646
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARYNE MOSLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ONE STOP COLLECTION AGENCY, LLC,<br><br>　　　　Defendant. | Case No. 2:21-cv-03286-FLA-JC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOW COMES** Taryne Mosley ("Plaintiff"), through the undersigned counsel, and in support of her Notice of Voluntary Dismissal, states as follows:

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that this action is voluntarily dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

1

Date: June 25, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Alexander J. Taylor*
　　　　　　　　　　　　　　　　　　　　Alexander J. Taylor
　　　　　　　　　　　　　　　　　　　　Sulaiman Law Group, Ltd.
　　　　　　　　　　　　　　　　　　　　2500 S. Highland Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　Lombard, Illinois
　　　　　　　　　　　　　　　　　　　　Telephone: 331-307-7646
　　　　　　　　　　　　　　　　　　　　ataylor@sulaimanlaw.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2021, I caused a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** to be served by U.S. Mail to the following address:

**One Stop Collection Agency, LLC**
7190 Sunset Boulevard, Suite 505
Los Angeles, California 90046

　　　　　　　　　　　　　　　　　　　　*/s/ Alexander J. Taylor*
　　　　　　　　　　　　　　　　　　　　Alexander J. Taylor, Esq.